UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VOLODYMYR BAKCHNAK,
                        Plaintiff,

-v-

KATARINA KANE *et al.*,
                        Defendants.

18-CV-9893 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The parties are directed to appear for a status conference on January 10, 2020, at 12:00 p.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

      SO ORDERED.

Dated: January 3, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge